UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SEAN HENRY,                           )
                                      )
                    Plaintiff,        )
                                      )        **JUDGMENT IN A**
                                      )        **CIVIL CASE**
v.                                    )        **CASE NO. 5:18-CV-498-D**
                                      )
VAUGHN INDUSTRIES, LLC,               )
                                      )
                    Defendant.        )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 18]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

<u>**This Judgment Filed and Entered on March 31, 2020, and Copies To:**</u>

Wilson F. Fong                        (via CM/ECF electronic notification)

David T. Andrews                      (via CM/ECF electronic notification)

Kerry A. Shad                         (via CM/ECF electronic notification)

Taylor M. Dewberry                    (via CM/ECF electronic notification)


DATE:                                 PETER A. MOORE, JR., CLERK

March 31, 2020                        (By) /s/ Nicole Sellers_____
                                              Deputy Clerk